IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JOHN EDWARD MAYO, JR, and<br>KRM, a minor, by and through her next<br>Friend, J.E. Mayo, Jr. | PLAINTIFFS |
| v.    Case No. 4:25-cv-0897-JM | |
| JEFFERSON COUNTY, ARKANSAS,<br>by and through the Jefferson County Circuit<br>Clerk's Office; DUB BRASSELL ADULT<br>DETENTION CENTER; CITY OF PINE BLUFF,<br>ARKANSAS, by and through its Police Department;<br>ARKANSAS CHILDREN'S HOSPITAL; and<br>ARKANSAS CRIME INFORMATION CENTER (ACIC) | DEFENDANTS |

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 15th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE